# Court of Appeals
# of the State of Georgia

ATLANTA,  July 06, 2023

*The Court of Appeals hereby passes the following order:*

**A23D0354. ROBIN BROOKS v. MICHAEL BROOKS.**
**A23D0355. ROBIN BROOKS v. MICHAEL BROOKS.**

Robin Brooks has filed applications for discretionary review from two trial court orders entered in separate civil cases. In Case No. A23D0354, Brooks seeks to appeal the trial court's order modifying child support and awarding attorney fees to her ex-husband's attorney. In Case No. A23D0355, Brooks seeks to appeal the trial court's order dismissing her case seeking the termination of her ex-husband's parental rights to their minor chid. The trial court in both cases entered its orders on April 28, 2023, and Brooks filed both applications in this Court on June 7, 2023. In both cases, we lack jurisdiction.

To be timely, a discretionary application must be filed within 30 days of the entry of the order, decision, or judgment sought to be appealed. OCGA § 5-6-35 (d). This statutory deadline is jurisdictional, and this Court cannot accept an application for appeal not made in compliance with OCGA § 5-6-35 (d). See *In the Interest of B. R. F.*, 299 Ga. 294, 298 (788 SE2d 416) (2016) (holding that an appellate court lacks jurisdiction over an untimely application for discretionary appeal); *Hair Restoration Specialists v. State of Georgia*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021) (compliance with the discretionary appeals procedure is jurisdictional, and failure to comply with that procedure requires dismissal of the appeal).

Because Brooks filed her applications 40 days after the entry of the orders she seeks to appeal, they are untimely. Accordingly, these applications are hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* __07/06/2023__

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*